UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MADEL TOMA,

    Plaintiff(s),

v.                                        Civil Number: 12-13972
                                       Judicial Officer: George Caram Steeh

JETS PIZZA,

    Defendant(s).
_____/

### ORDER ON APPLICATION FOR APPOINTMENT OF COUNSEL

Having considered the application for appointment of counsel; **IT IS ORDERED** that the application is:

☐    GRANTED.

X    DENIED, for the following reasons:

    No funds exist to compensate counsel in such a dispute.

                                       s/George Caram Steeh
                                       GEORGE CARAM STEEH
                                       UNITED STATES DISTRICT JUDGE

Dated: September 12, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the parties/attorneys of record on September 12, 2012 by electronic and/or ordinary mail.

                                       s/M. Beauchemin
                                       Deputy Clerk