UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HADEL TOMA,

        Plaintiff,

                                  Case No. 12-CV-13972

vs.

                                  HON. GEORGE CARAM STEEH

JETS PIZZA,

        Defendant.

_____/

### ORDER OF DISMISSAL [DOC. 10 & 11]

        Defendant Jets Pizza brought a motion to dismiss plaintiff Hadel Toma's complaint for lack of subject matter jurisdiction and for failure to state a claim for which relief can be granted. In response, Mr. Toma brought a motion to voluntarily dismiss his case against the defendant, his employer. Now therefore,

        IT IS HEREBY ORDERED that plaintiff's motion for voluntary dismissal is GRANTED.

        IT IS HEREBY FURTHER ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

Dated: October 31, 2012

                                                s/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Hadel Toma at 22420 Kelly Road, Eastpointe, MI 48021 on October 31, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk