UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HADEL TOMA,

    Plaintiff,

vs.

Case No. 12-CV-13972

HON. GEORGE CARAM STEEH

JETS PIZZA,

    Defendant.
_____/

## J U D G M E N T

The above entitled matter has come before the court on defendant's motion to dismiss and plaintiff's motion for voluntary dismissal, and in accordance with the court's order granting plaintiff's motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: Marcia Beauchemin
                    DEPUTY COURT CLERK

Dated: October 31, 2012